IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. L-00-1938 |
| Samuel W. Thames,<br>a/k/a Samuel Thames, | : | |
| Defendant. | : | |

....oOo.....

## JUDGMENT BY DEFAULT

The plaintiff has moved, pursuant to Rule 55(b)(2), Fed. R. Civ. Pr., for a judgment by default, an entry of default having been made by the Clerk on _November 6, 2000_ for want of answer or other defense. The court having reviewed the entire record, it appears that: (1) the defendant has been properly served; (2) the defendant has not appeared in this action; (3) the plaintiff has established a factual and legal basis for its claim against the defendant; and (4) a hearing on the nature or amount of the plaintiff's claim is unnecessary.

Accordingly, it is this _8th_ day of _Nov._, 2000, ORDERED:

1. Judgment by default is hereby entered in favor of the plaintiff, and against the defendant, in the amount of a) $4,402.76 (principal of $2,641.98, interest in the amount of $1,673.78 through October 19, 2000, and administrative costs of $87.00), as per the Declaration attached hereto, plus prejudgment interest at the rate of 9% per annum from October 19, 2000 until the date of judgment, interest at the legal rate from the date of judgment until paid in full, b) $3,622.52 (principal of $2,667.82, interest in the amount of $934.70 through October 19, 2000, and administrative costs of $0.00) plus prejudgment interest at the legal rate of 8% per annum from October 19, 2000 until the date of judgment until paid in full, c) costs for filing fees in the amount of $150.00 pursuant to 28 U.S.C. § 1914, and d) cost for service of the summons and complaint by a Private Process Server in the amount of $30.00.

_____
BENSON EVERETT LEGG
U.S. DISTRICT JUDGE