IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL NO. L-00-1938 |
| SAMUEL W. THAMES, | : |
| Defendant | : |
| ITO Corporation of Baltimore<br>2200 Broening Highway, Suite 100<br>Baltimore, Maryland 21224-6620, | :<br><br>: |
| Garnishee | : |

ORDER TO STAY GARNISHMENT

It is this _10TH_ day of _July_, 2001, by the United States District Court for the District of Maryland,

ORDERED:

1. That the garnishment is hereby stayed until February 1, 2002 in order to determine the ability of the defendant to make regular monthly payments as required.

2. That the Clerk of the Court shall send copies of this order to all counsel of record.

_____
BENSON EVERETT LEGG
U. S. DISTRICT JUDGE