IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,

         Plaintiff,

         v.                  :Court No. L-00-1938

Samuel W. Thames

         Defendant,

Ceres Terminals, Inc.            :
2700 Broening Highway, Building B-10
Baltimore, Maryland 21222-4196,   :

         Garnishee         :

. . . . .ooOoo. . . . .

Mr. Clerk:

      Plaintiff, United States of America, hereby withdraws
its request for a Writ of Attachment on Wages and for cause
therefor states:

      Plaintiff finds it inappropriate to proceed at this
time.

                  Respectfully submitted,

                  Thomas M. DiBiagio
                  United States Attorney

By:                                       
                  Tamera L. Fine
                  Assistant United States Attorney
                  6625 United States Courthouse
                  101 West Lombard Street
                  Baltimore, Maryland 21201-2692
                  (410) 209-4800
                  Trial Bar No. 024751

APPROVED THIS _____ DAY OF _March, 2002_

_____
BENSON EVERETT LEGG, U.S.D.J.

CERTIFICATE OF SERVICE

It is HEREBY certified that on this _3th_ day of
_March_ , 2002, a copy of the foregoing was mailed to
Samuel W. Gladden, 4108 Gladden Avenue, Baltimore, Maryland
21213, defendant, William Beveridge, Jr., Law Offices Peter T.
Nicholl, Suite 1700, 36 South Charles Street, Baltimore,
Maryland, attorney for the defendant and Ceres Terminals, Inc.,
Attn: Jackie Coco, Payroll/Accounting Department, Ceres
Terminals, Inc., 2700 Broening Highway, Building B-10, Baltimore,
Maryland 21222-4196, garnishee.

Tamera L. Fine
Assistant United States Attorney