IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : Court No. L-00-1938 |
| Samuel W. Thames | : |
| Defendant, | : |
| ITO Corporation of Baltimore<br>2200 Broening Highway, Suite 100<br>Baltimore, Maryland 21224-6620, | : |
| Garnishee | : |

Mr. Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefor states:

Plaintiff finds it inappropriate to proceed at this time.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Tamera L. Fine
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800
Trial Bar No. 024751

APPROVED THIS 7TH DAY OF March, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

CERTIFICATE OF SERVICE

It is HEREBY certified that on this 5th day of March, 2002, a copy of the foregoing was mailed to Samuel W. Gladden, 4108 Gladden Avenue, Baltimore, Maryland 21213, defendant, William Beveridge, Jr., Law Offices Peter T. Nicholl, Suite 1700, 36 South Charles Street, Baltimore, Maryland, attorney for the defendant and Ito Corporation of Baltimore, Attn: Joan Petra, 2200 Broening Highway, Suite 100, Baltimore, Maryland 21224-6620, garnishee.

/s/ Tamera L. Fine
Tamera L. Fine
Assistant United States Attorney